

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:　　　Union Pacific Railroad Co. v. Aldine Harrell, et al.

Appellate case number:　　01-21-00348-CV

Trial court case number:　2021-03264

Trial court:　　　　　　　189th District Court of Harris County

　　　　Appellant's, Union Pacific Railroad Company, counsel has filed a motion to withdraw as counsel in this case. Union Pacific has consented to the motion to withdraw, and Appellees do not oppose the motion. Baker Botts LLP and its attorneys Gavin R. Villareal and Maddy R. Dwertman have entered appearances as Union Pacific's new counsel. The motion to withdraw is **granted**.

　　　　It is so ORDERED.


Judge's signature: _____/s/ Sarah Beth Landau_____
　　　　　　　　　　　　　　Acting individually


Date: _January 25, 2022_____